No. D–613.   IN RE DISBARMENT OF SASSOWER.   It is ordered that George Sassower, of White Plains, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–614.   IN RE DISBARMENT OF BRIGGS.   It is ordered that William Leon Briggs, of Fort Wayne, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–615.   IN RE DISBARMENT OF ABRAHAMS.   It is ordered that Maurice Meier Abrahams, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–616.   IN RE DISBARMENT OF DECIOUS.   It is ordered that Kit Conelly Decious, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 85–1835.   CALIFORNIA v. ROONEY.   Ct. App. Cal., 2d App. Dist.   [Certiorari granted, 479 U. S. 881.]   Motion of respondent for divided argument denied.

No. 86–44.   SHEARSON/AMERICAN EXPRESS INC. ET AL. v. MC-MAHON ET AL.   C. A. 2d Cir.   [Certiorari granted, 479 U. S. 812.]   Motion of Carvel Gordon Dillard for leave to file a brief as amicus curiae out of time denied.

No. 86–246.   SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. v. SHUMAN.   C. A. 9th Cir.   [Certiorari granted, 479 U. S. 948.]   Motion of respondent for divided argument denied.